United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAO XI TAN and YUE MEI TAN individually and as successors-in-interest to JERRY TAN, deceased,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et. al.,<br><br>    Defendants                       / | No. C-03-3907 MMC<br><br>**ORDER CONTINUING DEADLINE FOR CERTIFICATION** |

      On April 13, 2005, the Court dismissed the above-titled action without prejudice, after being notified that the parties had agreed to a settlement, but ordered that if any party certified to the Court, within ninety days, that the agreed consideration for the settlement had not been delivered over, the dismissal would be vacated and the case would be restored to the calendar to be set for trial.

      On July 11, 2005, defendants electronically filed a stipulated request for dismissal signed by all parties. Later that day, however, counsel for plaintiffs electronically filed a certificate stating that the agreed consideration for the settlement had not been paid and requesting that the matter be restored to the calendar and set for trial. In that certificate, plaintiff's counsel further stated that the signed stipulation of dismissal was not to be filed

1  by defendants unless and until payment of the settlement had been made. Shortly
2  thereafter, on July 12, 2005, defendants electronically filed a certification asking the Court
3  to disregard the stipulation which, defendants state, was filed in error.
4       In light of plaintiff's certification filed July 11, 2005, and defendants' subsequent
5  certification, the Court hereby CONTINUES to September 7, 2005, the date by which either
6  party may certify the agreed consideration has not been delivered.
7       **IT IS SO ORDERED.**
8  Dated: July 12, 2005                            /s/ Maxine M. Chesney
                                                MAXINE M. CHESNEY
9                                                  United States District Judge