United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAO XI TAN and YUE MEI TAN individually and as successors-in-interest to JERRY TAN, deceased,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et. al.,<br><br>    Defendants / | No. C-03-3907 MMC<br><br>**ORDER CONTINUING DEADLINE FOR CERTIFICATION** |

     On April 13, 2005, after having been notified that the parties had agreed to a settlement, the Court dismissed the above-titled action without prejudice, but ordered that if any party certified to the Court, within ninety days, that the agreed consideration for the settlement had not been delivered over, the dismissal would be vacated and the case would be restored to the calendar to be set for trial. The Court thereafter continued that deadline to September 7, 2005.

     On September 7, 2005, plaintiffs' counsel filed a certification, advising the Court that the San Francisco Board of Supervisors had approved the settlement on September 6, 2005, and that payment of the settlement would take place later in September, provided it is approved by the Mayor. Plaintiffs request that the Court continue the deadline by which

1  either party may certify that the agreed consideration has not been paid.

2  Accordingly, for good cause shown, the date by which either party may certify that
3  the agreed consideration for the settlement has not been delivered is hereby CONTINUED
4  to October 28, 2005.

5  **IT IS SO ORDERED.**

6  Dated: September 7, 2005

MAXINE M. CHESNEY
United States District Judge