DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
EVAN H. ACKIRON, State Bar #164628
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3856
Facsimile:    (415) 554-3837
E-Mail:       evan.ackiron@sfgov.org

Attorneys for City and County of San Francisco,
Pfficer Dominic Discenza

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SHAO XI TAN, et al | Case No. C03-3907 MMC |
|---|---|
| Plaintiffs, | REQUEST FOR DISMISSAL; ~~PROPOSED~~ ORDER OF DISMISSAL |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, ET AL | |
| Defendants. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

A settlement agreeable to all parties has been reached in the above-mentioned matter. The parties respectfully request that this case be dismissed with prejudice.

///
///
///
///
///
///

Request for Dismissal                    1
USDC No. C03-3907 MMC

N:\LIT\LI2005\031351\00317440.DOC

| | |
|---|---|
| Dated: 30 JUNE 05 | _____<br>JEAN-YVES LENDORMY<br>Attorneys for Shao Xi Tan & Yue Mai Tan |
| Dated: 6/27/05 | DENNIS J. HERRERA<br>City Attorney<br>JOANNE HOEPER<br>Chief Trial Attorney<br>EVAN H. ACKIRON<br>Deputy City Attorney<br><br>By: _____<br>EVAN H. ACKIRON<br><br>Attorneys for Defendants<br>City and County of San Francisco &<br>Officer Dominic Discenza |

**ORDER**

IT IS SO ORDERED:

Dated: October 12, 2005

_____
MAXINE M. CHESNEY
United States District Judge

Request for Dismissal
USDC No. C03-3907 MMC

2

N:\LIT\LI2005\031381\00317440.DOC